# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 25, 2016

## NO. 03-15-00376-CV

**Delores Galvan, Appellant**

**v.**

**Robert Leake, Individually and Zebra Instruments Corporation, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on June 17, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the portion of the trial court's order granting summary judgment as to Zebra and remands the case to the trial court for further proceedings. The Court affirms the remainder of the trial court's order. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.